UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WOODSON INTERNATIONAL CHEVRON, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 3:23-CV-1388-X-BK |
| SOCIAL SECURITY AD, | § § § | |
| *Defendant.* | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. [Doc. 9]. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court **DISMISSES WITH PREJUDICE** any claims by Jeral Durant Henderson ("Henderson") on his own behalf in this case. The Court further **DISMISSES WITHOUT PREJUDICE** any claims brought by Henderson on behalf of Woodson International Chevron which business entity may refile with licensed counsel as appropriate. Finally, the Court **ORDERS** that the prefiling sanction imposed on Henderson in *Henderson, et al. v. Dart Internal Affairs, et al.,* 3:23-CV-01086-K-BK (N.D. Tex. June 27, 2023), also apply to any future actions brought by him on behalf of another person or entity.

1

**IT IS SO ORDERED** this 5th day of October, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE